UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Henderson,

                  Plaintiff,      Case No. 14-cv-11978
                                      Hon. Judith E. Levy
v.                                        Mag. Judge David R. Grand

Commissioner of Social Security,

                  Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE GRAND'S REPORT AND RECOMMENDATION [18] ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [9]**

This is a Social Security appeal. Before the Court is Magistrate Judge Grand's Report and Recommendation (Dkt. 18) recommending the Court grant defendant's motion for summary judgment (Dkt. 9), issued April 22, 2016. The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). On April 27, 2016, in lieu of objections, plaintiff filed a notice stating that he wished to voluntarily dismiss this case. (Dkt. 19.)

The Court will construe this notice as an indication that plaintiff does not oppose Judge Grand's Report and Recommendation.

Accordingly, and on review of the Report and Recommendation,

The Report and Recommendation (Dkt. 18) is ADOPTED;

Defendant's motion for summary judgment (Dkt. 9) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is DISMISSED.[1]

IT IS SO ORDERED.

Dated: May 4, 2016         s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
                           United States District Judge

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 4, 2016.

                              s/Felicia M. Moses
                              FELICIA M. MOSES
                              Case Manager